**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 283 MAL 2023

         Respondent    :

                          :   Petition for Allowance of Appeal

                          :   from the Order of the Superior Court

         v.                   :

                          :

VICTOR TIRADO,              :

                          :

         Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.